NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ARLANXEO USA LLC, ARLANXEO BRASIL S.A., KUMHO PETROCHEMICAL CO., LTD., SYNTHOS S.A.,**
*Plaintiffs*

**INDUSTRIAS NEGROMEX, S.A. DE C.V., INSA, LLC,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant*

**UNITED STATES INTERNATIONAL TRADE COMMISSION, LION ELASTOMERS, LLC,**
*Defendants-Appellees*

_____

2019-2096

_____

Appeal from the United States Court of International Trade in Nos. 1:17-cv-00247-JCG, 1:17-cv-00248-JCG, 1:17-cv-00249-JCG, 1:17-cv-00250-JCG, Judge Jennifer Choe-Groves.

_____

**JUDGMENT**

_____

WILLIAM C. SJOBERG, Clark Hill PLC, Washington, DC, argued for plaintiffs-appellants. Also represented by MARK LUDWIKOWSKI, COURTNEY GAYLE TAYLOR.

JANE DEMPSEY, Office of General Counsel, United States International Trade Commission, Washington, DC, argued for defendant-appellee United States International Trade Commission. Also represented by DOMINIC L. BIANCHI, ANDREA C. CASSON

MATTHEW T. MCGRATH, Barnes, Richardson & Colburn, LLP, Washington, DC, argued for defendant-appellee Lion Elastomers, LLC.

––––––––––––––––––

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* DYK and HUGHES, *Circuit Judges*).

### AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

September 2, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court